SUSAN HILLE v. CRUM & FORSTER INS. CO.

June 15, 1976. Petition for certification denied.

ROWLAND REALTY CO. v. MAURICE SEISLER.

June 15, 1976. Petition for certification denied.

DEPARTMENT OF CIVIL SERVICE v. ANTHONY M. PAOLO.

June 15, 1976. Petition for certification denied.

WALTER M. BERKO v.
CIVIL SERVICE COMMISSION, CITY OF ELIZABETH.

June 15, 1976. Petition for certification denied.

JOSEPH BAMBACI v. ALVIN S. SCHWARTZ.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE JACQUES.

June 15, 1976. Petition for certification denied.